Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the

~~Southern~~ Southern District of Texas

Houston Division

DEC 16 2025

Nathan Ochsner, Clerk of Court

Brittani Beasley

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

James Harden Jr., 13Strikes LLC., Thirteens Hospitality Group LLC.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: (check one)  ☐ Yes  ☐ No

undecided

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brittani Beasley |
| Street Address | 2746 N. Southern Oaks Dr. |
| City and County | Houston, Harris |
| State and Zip Code | Texas, 77068 |
| Telephone Number | 346.861.7450 |
| E-mail Address | bbeasley20@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name: James Harden Jr.
Job or Title (if known): Los Angeles Clipper
Street Address: 3 West Rivercrest Dr.
City and County: Houston, Harris
State and Zip Code: Texas 77042
Telephone Number: XXX-XXX-0897
E-mail Address (if known): unknown

Defendant No. 2

Name: Thirteens Hospitality Group LLC.
Job or Title (if known): Corporation
Street Address: 3 West Rivercrest Dr.
City and County: Houston, Harris
State and Zip Code: Texas 77042
Telephone Number: 713.804.2025
E-mail Address (if known): unknown

Defendant No. 3

Name: 13 Strikes LLC.
Job or Title (if known): Corporation
Street Address: 700 S. Santa Fe Ave. FL 2
City and County: Los Angeles, Los Angeles County
State and Zip Code: California, 90021
Telephone Number: 713.292.5624
E-mail Address (if known): unknown

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Thirteen By James Harden |
| Street Address | 1911 Bagby St. |
| City and County | Houston, Harris |
| State and Zip Code | Texas 77002 |
| Telephone Number | 713.804.2625 |

**II. Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:
Section 1981, 42 U.S.C. § 1981

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment. (i.e. Wage Discrimination)
- ☑ Retaliation.
- ☑ Other acts *(specify)*: __Breach of Representation Agreement,__

*(Note: Only those grounds raised in the charge filed with the Equal Employment* Hostile Work *Opportunity Commission can be considered by the federal district court under the* Environment *federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) __Between February 2023 - May 2024__

C. I believe that defendant(s) *(check one)*:
- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race __African American/__
- ☑ color __Dark toned__
- ☐ gender/sex
- ☐ religion
- ☑ national origin __African American__
- ☐ age (year of birth) ____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*
- ☑ __Protected Disclosure__

E. The facts of my case are as follows. Attach additional pages if needed.

__See Attached.__

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_N/A_

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☐ issued a Notice of Right to Sue letter, which I received on *(date)* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$100,000,000.00

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/16/2025

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Brittani Beasley

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

*COME NOW,* Brittani Beasley, Plaintiff, respectfully submitting this lawsuit for wage discrimination, retaliation, breach of the representation agreement and hostile work environment under Section 1981, due to nationality, race, and color discrimination and protected disclosure.

DEFENDANTS:
James Harden Jr.
13 Strikes, LLC.
Thirteens Hospitality Group, LLC.

## I. INTRODUCTION

In the beginning of 2023, restaurant entity THIRTEEN By James Harden began a major reconstruction phase. After a complete closure of the venue around November 2023, the venue re-opened around February of 2024. In multiple well rehearsed responses to online magazines and press of the re-opening, the venue notably admitted to gentrifying it's once known menu of southern comfort food and African inspired dishes to Japanese inspired cuisines to achieve national and global success. It is controversially respected by social norms to gentrify menus but there was something more sinister happening behind closed doors including fraud affecting taxes, rent, and employer size, parking, veil piercing, and discrimination of its once majority African American staff. The cataclysmic behavior of James Harden Jr., 13 Strikes, LLC. and Thirteens Hospitality Group, LLC. caused grave monetary loss to the federal government, landlord Midtown Scouts Square Property LP., and through an abuse of power and position of the all-star James Harden Jr., his fans, patrons of his restaurant and his employees. The Plaintiff seeks damages of $100 million dollars.

## II. FEDERAL JURISDICTION

Section 1981 42 U.S.C §1981

## III. BACKGROUND

Executive Leadership
1. James Harden Jr., Owner and Los Angeles Clipper.
2. John Ricks, Chief Operating Officer
3. Lesleigh Robinson of Desired Projections, Executive HR Consultant
4. Derrick Mack of The Restaurant Company, former contracted Business Consultant and Director of Operations to 13 Strikes, LLC.

## IV. STATEMENT OF FACTS

**Failure To Promote**
Leading Events:
1. The Defendants offer and promise positions with the company by presenting a job description.

2. Under the promise of the permanent GM position, The Defendants approved the Plaintiff's "under new management" flier and hiring event for March 27th, 2023.
3. Days later, on April 3rd, 2023, the Defendants offered the Plaintiff the General Manager Position by presenting her with the General Manager job description by email (salary pending).
4. On April 25th, 2023, the Defendants handed the Plaintiff a paper copy of the General Manager job description, confirming the offer of the General Manager Position (salary pending).
5. Around May 8th, 2023 Defendants confirms finalization of the salary for the offered General Manager Position. Plaintiff makes formally complaint for wage discrimination during her interim roles as interim assistant manager and interim general manager.
6. On May 9th, 2023, Defendants tell the Plaintiff the General Manager Position is closed, denies her a copy of the Assistant General Manager job description to look over telling her all job descriptions are "under review" but instructs the Plaintiff to continue to work under the job description and offer of the General Manager Position given to her on April 3rd, 2023.
7. On May 19, 2023, the Defendants rescind the general manager offer, demote and reposition the Plaintiff to a non-management, Hosting Event Coordinator by handing her copy of the Hosting Event Coordinator Job Description (salary pending).
8. On May 19th, 2023, Defendants mandate an immediate leave due to the mental meltdown and/or nervous breakdown the Plaintiff experienced caused by the rescind, demotion and repositioning from General Manager to Hosting Event Coordinator. The Plaintiff returned around the beginning of June. (3 weeks later)
9. On May 19th, 2023, the Plaintiff requested cause rescind, demotion and repositioning from the Defendants.
10. Around May 19th, 2023, Defendants deny backpay for work performed during the Plaintiff's interim roles and under the general manager job description.
11. In lieu of the race, color, nationality and protected disclosure discrimination stemming from the Defendants and their executive team, Ms. Beasley reported it to the Equal Employment Opportunity Commission (whom reported it to the Texas Work Force Commission), which was made a formal charge under Title VII November 2023.
12. On May 24th, 2024, in response to the Title VII charge, the Defendant 13 Strikes, LLC. submitting the following fraudulent statements to the federal agency Equal Employment Opportunity Commission and the state agency Texas Workforce Commission to hide the race, color, nationality and protected disclosure discrimination:

a. The Defendant 13 Strikes, LLC. fraudulently misrepresented information omitting the Plaintiff's final interim position was interim General Manager.
b. The Defendant 13 Strikes, LLC. agreed to color difference between the Plaintiff and Ms. Escotto but fraudulently misrepresented Ms. Diane Escotto as African American and being "significantly more qualified".
c. The Defendant 13 Strikes, LLC. fraudulently states the Plaintiff's allegations to stop hiring African Americans and prioritize hiring white employees was unsupported.

d. The Defendant 13 Strikes, LLC. fraudulently misrepresenting the Plaintiff's background stating she had no previous hospitality experience. Ms. Beasley previous hospitality experience includes Steak 48, McAlister's and she was going into her 3rd year at THIRTEEN By James Harden.

e. The Defendant 13 Strikes, LLC. fraudulently misrepresented information stating that the Plaintiff was "not demoted" when she was offered the general manager position, and instructed by 13 Strikes, LLC. to work under the general manager job description.

f. The Defendant 13 Strikes, LLC. fraudulently stated Ms. Beasley "never raised any complaints regarding Thirteen's hiring practices". In early May 2023, Ms. Beasley raised complaints about the lack of communicative expectations from HR, lack of transparency from HR, which led into the May 19th, 2023 events: the rescind, demotion, reposition, and nervous break/emotional meltdown and 3 week company mandated leave for the Plaintiff. During this time the Plaintiff also lost her home due to the salary delay.

g. The Defendants agree that prioritizing company movement by protected class is antithetical to EEO policy but the gentrification plan reportedly came from James Harden Jr. and was carried out by him and his executive team. This executive team requested "white promoters", a "white girl", allowed a "Caucasian woman" and "Hispanic woman" to harass the Plaintiff (a dark skinned African American woman), gave a "Caucasian women" a $10,000 bonus allegedly based on performance who was on leave, all while misusing, underpaying, and ultimately terminating African American women. *Please see "Wage Discrimination".*

It is reported in multiple articles of the re-opening of the restaurant that due to Mr. Harden's travels, he decided to change the menu from "southern comfort" and African inspired dishes to infused American-Japanese cuisine, changing "everything" including staff.

The Plaintiff reported the appropriate claims (co-worker involvement) internally and in the absence of an ethics or compliance department, reported claims involving the executive team and reported owner directly to the governing authorities over businesses in the United States of American, the Equal Employment Opportunity Commission, Texas Workforce Commission and Federal Court.

k. The Defendant 13 Strikes, LLC. fraudulently fabricated counseling sessions, performance issues, and requested time off, slandering Ms. Beasley name.

l. The Defendant 13 Strikes, LLC. fraudulently fabricated conversations that Ms. Beasley had received "disciplinary counseling". Records show direct discrimination in an improvement plan including: a criteria outside the Plaintiff's repositioned job description, for events she was excluded from and also exclusively states "this is not discipline". The Plaintiff did not receive disciplinary nor performance counseling.

m. The Defendant 13 Strikes, LLC. fraudulently states "There is no merit to Ms. Beasley's vague allegation that other unidentified, similarly *situation coworkers outside of her protected class were treated differently" (*typo in original submission). *Please see "Wage Discrimination".*

n. The Defendant 13 Strikes, LLC. admits to "business objectives in preparation for the rebranding initiatives", but they included horrendous gentrification practices which in turn, did harass the Plaintiff based on her protected characteristics and protected disclosure.

o. The Defendant 13 Strikes, LLC. fraudulently reported that there is no evidence to support a claim of severe or pervasive harrassment on the basis of race or color. The Plaintiff was forced to prioritize white and hispanics in hiring, was harassed by ONLY white and Hispanic women, which was company instructed and/or supported, and discriminated and retaliated against by the executive team, rather by personal attacks, complaints not being responded and/or complaints discriminatorily "resolved". The Defendants caused years of emotional, mental and financial disparity to the Plaintiff and a lack of enjoyment of life.

## V. CLAIMS

### A. Wage Discrimination

1. During Ms. Beasley's agm and gm interim roles, she paid company expenses out of her pocket ($2850.16), and was paid $20 an hour, which is 30% of the previous GM's salary at $59 an hour. April 3rd, 2023, the Plaintiff was offered the general manager position. After 6 weeks of no monetary movement for her GM responsibilities, the Plaintiff made a formal complaint of wage discrimination. During this investigation the Defendants rescind the general manager offer, demoting the Plaintiff to a non-management position, and denied her back pay request. The Plaintiff is African American woman.
2. Brandalyn Trahan was paid $2.15 from February 27th, 2023 to April 16th, 2023, during her manager in training interim role. After Ms. Beasley pleaded with the Defendants to pay Ms. Trahan, on March 15th, 2023 and April 16th, 2023, she was paid retroactive wages owed. Later, she was demoted during a conversation asking for fair treatment and then eventually fired. Ms. Trahan also almost lost her housing and suffered an auto repossession due to the wage discrimination. Ms. Trahan is African American woman.

3. On April 22, 2023, Heather Grimm was given a company proclaimed "performance bonus" in the amount of $10,000 during leave. Her role was administration and hourly rate was $29.00. She is a Caucasian American woman.

The defendant 13 Strikes, LLC. states that backpay was given if responsibilities grew. Ms. Beasley's responsibilities substantially grew moving from supervisor to general manager. The company also fraudulently misrepresented information stating that overtime was given for the interim agm responsibilities starting on Feb. 27, 2023. The Plaintiff's OT was approved in November 2022 for events outside her supervisor role including, but not limited to: Thanksgiving, Christmas, New Year's Eve, Super Bowl, Valentines Day, Rodeo, March Madness, Mother's Day, Easter and JH Wine Launch. In a report, the Defendant 13 Strikes, LLC. admits to owing the Plaintiff differential pay. No differential pay was paid out to the Plaintiff, nor was differential pay calculated in the Plaintiff's overtime. According to the company, the Plaintiff's differential pay owed was fraudulently compared to the agm salary although the Defendants instructed the Plaintiff to work under the general manager job description.

List of company expenses expenses paid by the Plaintiff:
*Mr. Harden was playing for the Philadelphia 76er's at this time.
1. $40.00 Flier: May 22, 2023
2. $40.00 Invoice 45: 76ers vs. Celtics Playoffs Game 7 May 13, 2023
3. $40.00 Flier: May 11, 2023

4. $40.00 Flier: May 10, 2023
5. $40.00 Flier: May 8, 2023
6. 40.00 Invoice 39: 76ers vs. Celtics Playoffs Game 4 May 6, 2023
7. $40.00 Flier: May 3, 2023
8. $129.90 Menus; May 3, 2023
9. $100.00 Facebook ads May 3, 2023
10. $40.00 Invoice 38: 76ers vs. Celtics Playoff Game 3 May 3, 2023
11. $40.00 Flier: May 2, 2023
12. $40.00 Flier: April 29, 2023
13. $40.00 Flier: April 18, 2023
14. $210.00 Brandy Trahan (2 Fliers@$80, Rockets tip@$130): April 9, 2023
15. $35.00 Flier: April 7, 2023
16. $280.26 Arne's for Dining Decor: April 7, 2023
17. $280.00 Heather for Chris Williams wage (3/27/23-4/2/23): April 4, 2023
18. $265.00 Chris Williams (wage 3/27/23-4/2/23): April 4, 2023
19. $780.00 Douglas Watson (wage 3/27/23-4/2/23): April 4, 2023
20. $30.00 Flier: March 30, 2023
21. $40.00 Flier: March 29, 2023
22. $40.00 Flier: March 27, 2023
23. $110.00 Fliers: March 23, 2023
24. $1,000 Brandy Trahan: March 15, 2023 (retroactive wages from February 27th, 2023-March 12, 2023)

The Defendants caused years of emotional, mental and financial disparity to the Plaintiff and a lack of enjoyment of life.

## B. Nationality, Race, Color and Protected Disclosure Retaliation

During the investigation of the Plaintiff's formal protected disclosure complaint for wage discrimination, in retaliation, 13 Strikes, LLC. rescind the offer of general manager, denied back pay and harassed her during her second repositioned role as Hosting Event Coordinator position and breaching the representative agreement of her job description. She was harassed, isolated, and bullied up until her constructive termination September 2023.

1. May 9th, 2023, Defendants instructed Ms. Beasley to continue to work under the general manager job description she received on she received on April 3rd, 2023. During the investigation of protected disclosure for wage discrimination, the Defendants demoted her and denied backpay.

2. On June 5th, 2023, the Defendants initiated an human resource call. Ms. Lesleigh and Mr. Ricks added, Sandra Lopez, a previous front of house manager, allowing her to accuse the Plaintiff of charging a fee and requesting Ms. Beasley pay her for it. Non-discriminatory protocol would have been an initial investigation to confirm that the fee was charged and the Plaintiff was paid the fee. The Plaintiff filed a complaint via email to the Defendants, stating that she felt "uneasy" about the company's communicative practice. There was no resolve.

3. May 31st, 2023, company supported harassment and retaliation from Leza Narducci (fair skinned and blue eyes, would be social identified as a Caucasian woman), requesting the Plaintiff to employees who didn't work her event. Ms. Narducci harassed the Plaintiff as communication with her was unnecessary. As known by payroll, all receipts include employee and venue numbers attached. The Plaintiff filed a complaint via email to the Defendants, telling them she Ms. Narducci contacted her

unnecessarily and it stemmed from Ms. Lopez's false claim. Non-discriminatory protocol would have been to initiate an investigation to confirm that the employees worked the Plaintiff's event and that they were not paid. No investigation was launched. No response was given to the Plaintiff. No resolve.

4. July 25, 2023, Company supported and instructed harassment and retaliation from Leza Narducci, role of payroll/administration. Ms. Narducci in requested the Plaintiff to submit documents to her fraudulently "in the absence" of the Plaintiff's direct supervisor. Ms. Beasley explained to company that she had already spoke to her direct supervisor several times and that the task had already been completed. When she asked for clarity on the statement "in the absence of your [the Plaintiff's] supervisor", the Plaintiff received no response.

5. September 2023, Defendants in sued a personal improvement plan (PIP) for the Plaintiff, breaching her representation agreement. This improvement plan included a full-time schedule, referenced the position as a manager position, and clocking in and out. The Plaintiff's representation agreement with the Defendants does not require a full-time schedule, is not a manager role, and includes responsibilities off-site. The company does not offer remote clock-in.

The Defendants caused years of emotional, mental and financial disparity to the Plaintiff and a lack of enjoyment of life.

## C. Breach of the Representation Agreement

The Plaintiff was repositioned to a position she is educationally over qualified and had trained over 10 hosts to perform. The Plaintiff's secured the only Hosting Event Coordinator position for the venue. The defendants isolated the Plaintiff and breach the representation agreement, reallocating responsibilities in her job description to Leza Narducci, and required Ms. Beasley to perform activities outside her job description.

1. Veil piercing. The Plaintiff was required to aid in alleged transporting to engage in prostitution, making copies of trip plans, identifications cards and temporary visas for James Harden Jr.'s after season trip to Turks and Caicos May 17, 2023. No representation agreement included Mr. Harden's personal affairs.
2. Veil piercing. The Plaintiff paid for all Mr. Harden's 76er's play-off fliers and executed the 76er's floor set in the hookah lounge. No representation agreement included paying for Mr. Harden's work related affairs, nor company expenses *(Please see "Wage Discrimination" for other expenses)*
3. Sticky Promotions was hired for an event on August 17th, 2023. This event was scheduled, organized and communicated to the staff by Ms. Narducci, without any knowledge or involvement of the Plaintiff.
4. JH Town weekend events on August 18th, 2023-August 20th, 2023 were scheduled, organized, and communicated to the staff by Ms. Narducci, without any knowledge or involvement of the Plaintiff. This is the biggest event of the year. The Plaintiff helped host this event in 2021 and hosted and helped organize this event in 2022.
5. All White for FlyWhite Birthday event August 11th, 2023 was scheduled, organized, and communicated to the staff by Ms. Narducci, without any knowledge or involvement of the Plaintiff.

6. Camden event on August 10th, 2023 was scheduled, organized and communicated to the staff by Ms. Narducci without any knowledge or involvement of the Plaintiff.

6. Defendants breached compliance of the Plaintiff's representation agreement as prescribed:

Listed under "*Introduction*" on HEC job description:

a. The Hosting Event Coordinator (HEC) supports the dining, lounge and nightclub areas.

Listed under "*Essential duties and responsibilities*" on HEC job description:

b. The HEC is the key Introductory to the Thirteen brand.

c. The HEC is positioned to harmonize all the activities of the dining, hookah, private, club and bar areas.

d. The HEC is the most informed and detailed member of the front of house (FOH) staff.

e. As an on-site concierge, the HEC is the premier source of information to walk-in customers, as well as Thirteen's most special guests.

f. The incumbent (HEC) works in a synchronized manner with on-site management, BOH leadership and oftentimes, external/non-affiliated management to ensure proper event executions.

Listed under "*Specific tasks and duties include*" on HEC job description:

g. Develop physical timeline and presentation within reasonable time, per each event, for approval and finalization. (c)

h. Organize sourced events amongst pertinent staff and client(s): coordinate required executions between BOH, FOH, external vendors, necessary independent contractors and event-goers. (d)

i. Print necessary documentation and marketing material in preparation for presentation. Ensure necessary service material to be available for event. (e)

j. Ensure designated venue per event is properly cleaned and prepared for presentation. Make sure all materials and executions are ready within 24 hours of event. Submit for approval. (f)

j. Maintain communication and inform necessary parties of adjustments and/or updates per each event. Report any execution issues within reasonable time period, to ensure correction/completion. (g)

k. Oversee event to ensure quality and act with a sense of urgency to resolve concerns. (h)

l. Evaluate event success and submit report, no longer than four (4) days after event. (j)

m. Attends all scheduled employee meetings. Participates; providing suggestions for company improvements and staff development. (bb)

The Defendants caused years of emotional, mental and financial disparity to the Plaintiff and a lack of enjoyment of life.

### D. Hostile Work Environment

According to the Academy To Innovate HR, the Defendants are liable for 8 of 11 Hostile Work Environment practices:

1. Racial Discriminatory Practices that lead to biased hiring, promotion, or workplace interactions.
- See Failure to Promote
- See Wage discrimination

- See Retaliation
- See Breach of the Representation Agreement
2. Exclusion or lack of transparency: Withholding key information, setting unclear expectations or spreading misinformation.
- See Failure to Promote
- See Wage discrimination
- See Retaliation
- See Breach of the Representation Agreement
3. Retaliation: punishing employees for reporting misconduct by reducing their responsibilities or isolating them from others.
- See Failure to Promote
- See Wage discrimination
- See Breach of the Representation Agreement
4. Unfair work distribution
- See Failure to Promote
- See Wage Discrimination
- See Breach of the Representation Agreement
5. Inconsistent or unfair discipline
- See Failure to Promote
- See Wage discrimination
- See Retaliation
- See Breach of the Representation Agreement
6. Prevention of career growth
- See Failure to Promote
- See Wage discrimination
- See Retaliation
- See Breach of the Representation Agreement
7. Persistent harassment or Bullying
- See Retaliation
8. Undermining work performance
- See Retaliation

The Defendants caused years of emotional, mental and financial disparity to the Plaintiff and a lack of enjoyment of life.

## VI. Legal Identity, Lawsuits and Alleged Illegal Activity

1. 13 Strikes, LLC. fell into forfeiture of entity status with the Secretary of State March 10th, 2023. The company lay in forfeiture two and a half years, clearing operation August 20, 2025.
2. Mr. Harden and 13 Strikes, LLC. are sued for allegedly Illegally streaming boxing match January 7th, 2023.
3. Alleged additional illegal streaming of boxing match April 2023
4. Landlord Midtown Scouts close THIRTEEN By James Harden September 2025, suing Thirteens Hospitality Group, LLC alleging $2million in unpaid rent, building code violations and other fees.
5. THIRTEEN By James Harden sued for allegedly being liable for an accident killing 7 people in November 2023.
6. Allegedly hundreds of thousands of dollars was fraudulently charged to employees, patrons and fans of Mr. Harden by 13 Strikes LLC., due to a breach of fiduciary duty of a parking stipulation in the lease contract.

7. Allegedly over $1 million dollars in liquor was fraudulently covered up to avoid rent fees and taxes.
8. Alleged undocumented workers
9. Alleged undocumented vendors
10. Alleged millions of unaccounted for cash due to fraudulent nightly close-outs.
11. Alleged wage discrimination of African American, Caucasian and Hispanic American employees.
12. Alleged hiring practices of African American, Caucasian and Hispanic American employees.
13. All employees owed money from an overpayment in taxes during the payroll in 2023.
14. Alleged exploited press, hiding 2 entity forfeitures behind the "remodel" for the reopening of THIRTEEN By James Harden.

## VII. DAMAGES

For the reasons set above, Plaintiff herein, respectfully request this Court to find Defendants have damaged the Plaintiff as a result of their conduct under the Section 1981. Plaintiff pray that the judgement against the Defendant for all applicable damages recoverable, including but not limited to the following:

Claims
Wage Discrimination
Retaliation
Breach of the representation agreement
Hostile Work Environment

Plaintiff seeks damages in the amount of $100,000,000.00, along with any other relief the Court deems just and equitable.

## VIII. CONCLUSION

On the BIGGEST weekend the of venue, JH Town Weekend, no leadership, no executives, nor HR asked "where is the event coordinator?". In the months leading up to the event in lieu of preparation for the event, no one asked "where is the event coordinator"? No conversation, no warning was given, no write up was done. The Plaintiff was discriminated against based on nationality, race and color and report of protected disclosure. The discriminatory conduct was covered up by fraudulently misrepresenting information to the federal agency, the Equal Employment Opportunity Commission and the state agency, Texas Workforce Commission. The Plaintiff was offered the gm role, yet 13 Strikes, LLC. denies not only the offer of GM, but also reports that the Plaintiff was not qualified for the position under which she was offered. Moreover, the Defendants retaliated against her in the position they deemed her qualified for. As a result, the Plaintiff suffered a mental meltdown and/or nervous breakdown, lost her place and was exposed to months of severe and pervasive harassment due to the discriminatory conduct to push the Plaintiff out and successfully execute the corporate goals of Mr. Harden's gentrification plan. The Defendant 13

Strikes, LLC.'s fraudulent misrepresentation of information lead to the closure of the Plaintiff's Title VII charge with the Equal Employment Opportunity Commission, and a pending case in Federal court, causing the Plaintiff years of additional emotional, mental and financial disparity and lack of enjoyment of life. The Plaintiff requests that the Court find the Defendants James Harden Jr., 13 Strikes LLC. and Thirteens Hospitality Group LLC. liable for wage discrimination, retaliation, breach of the representation agreement, and hostile work environment and order the Defendants to pay Plaintiff in the amount of $100,000,000.00 along with any other relief the Court deems just and equitable.

The Plaintiff asks the court and the American people to please accept this lawsuit as a true work of discrimination based on color, race and nationality.