**(*Amended: corrected format, certificate of conference and proposed order)**

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

APR 1 4 2026

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **BRITTANI BEASLEY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **No. 4:25-cv-06074** |
| | § | |
| **JAMES HARDEN JR., 13 STRIKES LLC,** | § | |
| **JAMES HARDEN JR. DBA THIRTEENS** | § | |
| **HOSPITALITY GROUP, LLC.** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## PLAINTIFF'S MOTION FOR HEARING FOR DEFAULT JUDGEMENT AGAINST JAMES HARDEN JR.

April 14th, 2026                    Respectfully Submitted,

Brittani Beasley
2746 N Southern Oaks Dr
Houston TX 77068
346.861.7450
bbeasley20@gmail.com

## I. INTRODUCTION

*Come Now*, Plaintiff, Brittani Beasley filing a Motion for hearing for Motion for Default Judgement against James Harden Jr.

## II. BACKGROUND

Mr. Harden was correctly served by the US Marshals but failed to file a written response by the deadline of February 13th, 2026 (Dkt. 12). The untimely response by willful neglect was accompanied a cover up of false statements to the Court that Mr. Harden had waived service of summons, filed in the Defendant's Motion to Dismiss on February 16th, 2026 (Dkt. 14, p. 7). The Plaintiff filed for Default Judgement on February 27, 2026 (Dkt. 15). According to public sources, James Harden is not in the military. (Exhibit A)

## III. ARGUMENTS AND AUTHORITIES

Plaintiff, Brittani Beasley, request that the Court set a hearing for Default Judgement against James Harden Jr. finding good cause being that the relief is not a fixed amount and requires the discretion of the court. The Plaintiff request this hearing to substantiate the non-compensatory and

punitive damages requested. A Court "may conduct hearings...when, to enter or effectuate judgment." Wooten v McDonald Transit Assocs., Inc., 78k F.3d 490, 496 (5th Cir. 2015).

## IV. PRAYER AND RELIEF

The Plaintiff prays that her Motion for a Hearing is granted and the court finds Mr. Harden in Default, granting $100 million dollars, the Plaintiff's relief demanded in the complaint.

### CERTIFICATE OF COMPLIANCE WITH WORD COUNT

I CERTIFY that, per Apple Pages word-count feature, the brief contains 464 words.

### CERTIFICATE OF CONFERENCE

I CERTIFY that, on April 8th, 2026, I conferred with the Defendant whom is opposed.

### CERTIFICATE OF SERVICE

On April 14th, 2026, I certify that I caused a true and correct copy of the foregoing to be served via email on Defendant.



By:_____

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BRITTANI BEASLEY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **No. 4:25-cv-06074** |
| | § | |
| **JAMES HARDEN JR., 13 STRIKES LLC,** | § | |
| **JAMES HARDEN JR. DBA THIRTEENS** | § | |
| **HOSPITALITY GROUP, LLC.** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER

Presently before the court is the Plaintiff Brittani Beasley's Motion for Hearing for Default Judgement against James Harden Jr. Having considered the Motion for Hearing for Default Judgement, any response and any reply, the Court finds that the Hearing on her Motion for Default Judgment shall be **GRANTED.**

So ordered.

Signed on _____, at Houston, Texas.

_____
Hon. David Hittner
United States District Court

 Gmail

bree bea <bbeasley20@gmail.com>

## Opposed or Unopposed

**bree bea** <bbeasley20@gmail.com>            Thu, Apr 9, 2026 at 2:26 PM
To: "Brockway, Emma" <ebrockway@fisherphillips.com>
Cc: "Dusek, Donna" <ddusek@fisherphillips.com>, "Portie, Lizzy" <eportie@fisherphillips.com>

Confirmed.

1. Are you opposed or unopposed to staying discovery until the court rules on the Plaintiff's Motion for Default Judgment against Thirteens Hospitality Group, Motion for Default Judgment against James Harden Jr. and Motion to Consolidation?

2. Are you opposed or unopposed to a hearing for Motion for Default Judgement against James Harden Jr.?

I will re-file the request for a hearing after conference.

Please advise.

Thank you,

Brittani Beasley
346.861.7450
[Quoted text hidden]

# M Gmail

bree bea <bbeasley20@gmail.com>

## Opposed or Unopposed

**Brockway, Emma** <ebrockway@fisherphillips.com>                    Thu, Apr 9, 2026 at 4:01 PM
To: bree bea <bbeasley20@gmail.com>
Cc: "Dusek, Donna" <ddusek@fisherphillips.com>, "Portie, Lizzy" <eportie@fisherphillips.com>

Hi Ms. Beasley,

We are unopposed to staying discovery until the Motion to Consolidate is ruled on. We anticipate the Court would rule on the Motion to Dismiss *after* the Motions for Default Judgment. As mentioned before, we are unopposed to staying discovery until after the Court rules on Defendants' Motion to Dismiss. In the event the judge rules on the Motion to Dismiss *before* the Motions for Default Judgment, we are opposed to staying discovery until the Motions for Default Judgment are ruled on.

We are opposed to a hearing on Defendant's Motion for Default Judgment against James Harden.

Thanks,

[Quoted text hidden]

 Gmail

bree bea <bbeasley20@gmail.com>

---

## Opposed or Unopposed

---

**bree bea** <bbeasley20@gmail.com>                           Thu, Apr 9, 2026 at 7:28 PM
To: "Brockway, Emma" <ebrockway@fisherphillips.com>
Cc: "Dusek, Donna" <ddusek@fisherphillips.com>, "Portie, Lizzy" <eportie@fisherphillips.com>

Thank you.

[Quoted text hidden]

EXHIBIT A



Cleveland Cavaliers | # 1 | Guard

# JAMES HARDEN

FOLLOW

| PPG | RPG | APG |
|---|---|---|
| 23.6 | 4.8 | 8.0 |

| HEIGHT | WEIGHT | COUNTRY | LAST ATTENDED |
|---|---|---|---|
| 6'5" (1.96m) | 220lb (100kg) | USA | Arizona State |

| AGE | BIRTHDATE | DRAFT | EXPERIENCE |
|---|---|---|---|
| 36 years | August 26, 1989 | 2009 R1 Pick 3 | 16 Years |

**Profile**   Stats   Bio   Videos

Roster   cavaliers.com   Store   Tickets

## LATEST VIDEOS



Enter your email address          **Create My NBA ID**

## YOUR PRIVACY CHOICES

We use cookies and other tracking technologies on our online services. Through these technologies, we and certain third parties may collect information about your interactions with our online services to enhance the browsing experience, analyze site traffic, and personalize content and ads. By using our online services, you confirm your agreement to the use of these technologies. See our **Cookie Policy** for more details.

I Understand

Reject Advertising Cookies

By using our online services, you agree to our **Terms of Use** and acknowledge our **Privacy Policy**.