United States District Court
Southern District of Texas
**ENTERED**
September 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Brittani Beasley, *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. H-25-6074 |
| | § | |
| James Harden Jr, *et. al.*, | § | |
| *Defendants*. | § | |

## ORDER OF ADOPTION

On August 14, 2026, Magistrate Judge Yvonne Y. Ho recommended that Plaintiff's motion for default judgment against Defendant James Harden Jr., and her motion for leave to amend be denied, Plaintiff's motions for default judgment against Defendant Thirteens Hospitality Group LLC be denied as moot, Defendants James Harden Jr.'s and 13 Strikes LLC's Rule 12(b)(6) motion to dismiss be granted, Plaintiff's requests for leave to amend be denied, and that Plaintiff's claims against all defendants be dismissed with prejudice. (Document No. 47). Plaintiff's objections (Document No. 48) are **OVERRULED**.

After due consideration of the entire record and the applicable law, the court hereby **ADOPTS** the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, TX on September 4, 2026.

DAVID HITTNER
SENIOR UNITED STATES DISTRICT JUDGE