United States District Court
Southern District of Texas
**ENTERED**
September 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Brittani Beasley,<br>*Plaintiff*, | §<br>§ | |
| | § | |
| v. | § | Civil Action No. H-25-6074 |
| | § | |
| James Harden Jr, *et. al.*,<br>*Defendants*. | §<br>§ | |

**<u>FINAL JUDGMENT</u>**

It is **ORDERED** that Plaintiff's claims against all defendants are **DISMISSED WITH PREJUDICE**.

This is a final judgment.

Signed at Houston, TX on September 4, 2026.

DAVID HITTNER
SENIOR UNITED STATES DISTRICT JUDGE